United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAMAR YOUNG,

Plaintiff,

v.

JAMES STENGER, et al.,

Defendants.

Case No. 21-cv-08131-ASK

**ORDER RE: DISCOVERY DISPUTE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Re: Dkt. No. 94

As discussed at the hearing held on July 1, 2026, **IT IS ORDERED**:

- Defendants are permitted to depose Mr. Young for three more hours. Mr. Young's continued deposition shall take place on July 21, 2026, via Zoom. Defendants' counsel shall arrange the deposition. Mr. Young is ordered to appear for the deposition and shall not be subject to discipline for his appearance.

- Because Mr. Young's appearance at his deposition is mandatory, the Court **ORDERS** that a Writ of Habeas Corpus Ad Testificandum be issued to secure the appearance of **Mr. Lamar L. Young**, who is confined at West County Detention Facility, 5555 Giant Highway, Richmond, CA 94506, to appear at the California Medical Facility, 1600 California Drive, Vacaville, CA 95687, for his Zoom deposition at or before 9:00AM on July 21, 2026. *See Norbert v. San Francisco Cnty. Sheriff's Dep't*, No. 3:19-CV-02724 SK, 2023 WL 12035599, at *1 (N.D. Cal. July 28, 2023) ("A federal court may issue a Writ of Habeas Corpus Ad Testificandum to secure the attendance of an incarcerated witness."); *see also* 28 U.S.C. §§ 2241(c)(5), 1651(a). The Writ shall be directed to the Warden or

Commander of the West County Detention Facility.

- Prior to Mr. Young's continued deposition, Defendants shall play for Mr. Young all portions of the interview video that Defendants seek to play for the jury at trial. The time spent playing the interview video for Mr. Young will not count against Defendants' three additional hours of deposition time.

- The case management conference set for July 7, 2026, is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 2, 2026

_____
AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California

2